# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK BUTLER                                                         PLAINTIFF

V.                      CASE NO. 3:19-cv-00270 JM

BURCHAM, *et al.*                                            DEFENDANTS

## ORDER

Plaintiff Mark Butler, currently in custody at the Craighead County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 2), along with an application to proceed *in forma pauperis* ("IFP motion") (Doc. No. 1).

Because Butler's complaint must be dismissed, without prejudice, pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), he is not entitled to *in forma pauperis* status. Accordingly, his IFP Motion (Doc. No. 1) is denied.

Under the three-strikes provision of the PLRA, a prisoner's *in forma pauperis* action must be dismissed, *sua sponte* or upon a motion of a party, if the prisoner has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Eighth Circuit has upheld the constitutionality of the three-strikes provision. *Higgins v. Carpenter*, 258 F.3d 797, 801 (8th Cir. 2001).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Butler has had three prior civil actions dismissed for failure to state a claim upon which

relief may be granted. *See Butler v. Blackman*, 3:10CV00032 JMM; *Butler v. Smith*, 3:10CV00172 JMM; and *Butler v. Craighead County Detention Center,* 3:14CV00192 BSM.

Butler nonetheless may proceed *in forma pauperis* if he establishes that he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g); *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998). Butler alleges that he was racially profiled when he was arrested for "possession and paraphernalia." (Doc. No. 2 at 4.) These allegations do not satisfy the imminent danger exception to the three strikes rule. Further, Butler's complaint does not otherwise indicate or suggest that he is in imminent danger.

IT IS THEREFORE ORDERED THAT:

1. Butler's complaint is DISMISSED WITHOUT PREJUDICE. Should he wish to continue this case, Butler must submit the statutory filing and administrative fees of $400 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the entry date of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case will be reopened.

2. Butler's IFP Motion (Doc. No. 1) is DENIED.

3. Furthermore, it is CERTIFIED that an *in forma pauperis* appeal from this order or any judgment entered hereunder would not be taken in good faith.

IT IS SO ORDERED this 3rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE