# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MARK BUTLER**                                                                             **PLAINTIFF**

**V.**                               **CASE NO. 3:19-cv-00270 JM**

**BURCHAM,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 3rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE